BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-00220 OWW |
| ) | |
| Plaintiff, ) | ORDER GRANTING GOVERNMENT'S |
| ) | MOTION FOR ENTRY OF DISCOVERY |
| v. ) | PROTECTIVE ORDER |
| ) | |
| JOSE VELEZ, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kimberly A. Sanchez and Kathleen A. Servatius, Assistant United States Attorneys, having filed a Motion for Entry of a Discovery Protective Order in the above-entitled case, and it appearing that the Proposed Protective having been entered previously entered in 1:11-cr-51 OWW and subject to a pending motion by defendant VILLA;

IT IS HEREBY ORDERED that the Government's Request for a Discovery Protective Order be granted subject to the Court's decision on the pending motions relating to the Protective Order.

IT IS FURTHER ORDERED that VILLA's motions and filings relating to the Protective Order and the government's responses thereto shall be deemed filed in the above-entitled case.

IT IS SO ORDERED.

**Dated:   September 15, 2011**          /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

1